1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEROY HOPKINS,

      Plaintiff,

    v.

ROBERT ALTON MCDONALD, Secretary,
Department of Veterans Affairs,

      Defendant.

Case No. C15-1918RSL

ORDER GRANTING SECOND
MOTION TO DISMISS

     This matter comes before the Court on "Defendant's Second Motion to Dismiss."  Dkt.

# 34.  Plaintiff has not opposed defendant's motion to dismiss, and the Court considers such a

failure to be "an admission that the motion has merit."  Local Civil Rule 7(b)(2).  The Court has

also reviewed the record in this matter and finds that plaintiff's second amended complaint fails

to state cognizable claims under viable causes of action, and that plaintiff has failed to exhaust

his administrative remedies as is required for claims lodged under Title VII, the Rehabilitation

Act, and the ADEA.  See 42 U.S.C. § 2000e-16(c); 29 C.F.R. § 1614.  Defendant's motion is

therefore GRANTED, and plaintiff's claims are hereby DISMISSED.  The Clerk of Court is

directed to enter judgment in favor of defendant and against plaintiff.

ORDER GRANTING SECOND MOTION TO DISMISS - 1

1    Dated this 7th day of November, 2016.

2

3

4                            Robert S. Lasnik
                             United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING SECOND MOTION TO DISMISS - 2